IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID ANTHONY McKINNEY,**<br>Inmate #15465-057<br><br>    **Plaintiff,**<br><br>vs.<br><br>**JOHN ASHCROFT, et al.,**<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)   **CIVIL NO. 05-346-GPM**<br>)<br>)<br>)<br>) |

## **MEMORANDUM AND ORDER**

**MURPHY, Chief District Judge:**

Plaintiff, a prisoner proceeding *pro se*, has filed an Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. § 1915, together with a civil action pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-2680. However, Plaintiff has not submitted a certified copy of his prison trust fund account statement for the *six-month period immediately preceding* the filing of the complaint as required by § 1915(a)(1).

**IT IS HEREBY ORDERED** that Plaintiff shall submit, within **THIRTY (30) DAYS** of the date of the entry of this Memorandum and Order, a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is Plaintiff's responsibility to obtain a copy of his prison trust fund account statement from each such facility and to forward it to the Court. Plaintiff is **FURTHER ADVISED** that his obligation to pay the filing fee for this action was incurred at the time the action was filed; such an obligation

will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis*. 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS FURTHER ORDERED** that upon conclusion of this thirty-day period, should Plaintiff fail to comply with this Memorandum and Order, this action will be dismissed for failure to comply with an Order of this Court. FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

DATED: 06/10/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge
