IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DAVID ANTHONY McKINNEY,** Inmate #15465-057, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) CIVIL NO. 05-346-GPM ) |
| **JOHN ASHCROFT, et al.,** | ) ) |
| Defendants. | ) ) |

# JUDGMENT

This action is before the Court following Plaintiff's failure to pay the initial partial filing fee as ordered by the Court.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed for failure to comply with an Order of the Court. FED. R. CIV. P. 41(b). Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

02/28/06                                         By: s/ G. Patrick Murphy
*Date*                                                      *District Judge*