IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |  |
|---|---|---|
| **DAVID ANTHONY MCKINNEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No.  **05-346-GPM** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

**PROUD, Magistrate Judge:**

The Trial Practice Schedule entered in this case was mailed to plaintiff on April 19, 2007. **(Doc. 25).** That mail was returned to the Clerk of Court on May 7, 2007, with an initialed notation on the envelope: "Inmate Refused Mail." **(Doc. 26).** There appears to be two sets of initials on the envelope– possibly a set of initials and a signature.  In any event, it does not appear that plaintiff signed the envelope, which gives the Court pause to wonder if plaintiff has actually abandoned his desire to pursue this litigation now that he has been transferred from the U.S. Penitentiary in Marion, Illinois, to the U.S. Penitentiary in Florence, Colorado.

**IT IS THEREFORE ORDERED** that on or before **June 22, 2007**, plaintiff shall indicate in writing whether he: (1) desires to continue litigating this action; or (2) desires to voluntarily dismiss this action in its entirety.   Failure to respond to this order will be considered as evidence of plaintiff's desire to abandon this case, and in all likelihood the case will be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail plaintiff a copy of the Trial Practice Schedule, along with a copy of this order.

**IT IS SO ORDERED.**

**DATED: June 5, 2007**

                                              <u>s/ Clifford J. Proud</u>
                                              **CLIFFORD J. PROUD**
                                              **U. S. MAGISTRATE JUDGE**